3:21-mj-00156

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
## AND ARREST WARRANT

I, Sean Wilson, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for the issuance of a criminal complaint against Chase Levi THIBODEAUX ("THIBODEAUX") charging him with making a threat against a Federal official in violation of 18 U.S.C. § 115(a)(1)(B).

2. I am a Special Agent with the United States Capitol Police ("USCP") and have been so employed since January 5, 2005. I am currently assigned to the USCP Investigations Division, Threat Assessment Section ("TAS"). I have completed hundreds of hours of training in numerous areas of law enforcement investigation and techniques. In the course of my employment as a Special Agent with the USCP, I have received training regarding the application for and execution of both search and arrest warrants. I have received training in assessing and managing individuals who have communicated threats and engaged in behaviors associated with targeted violence. In my current assignment, I have participated in and conducted numerous investigations involving stalking and threatening communications, both locally and interstate.

3. The statements in this affidavit are based on my personal knowledge, my training and experience and information obtained from other law enforcement personnel and from persons with knowledge regarding relevant facts. This affidavit is intended to show merely that

there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.  Chase Levi Thibodeaux (hereinafter, "THIBODEAUX") is a 38-year-old male currently residing at ▬▬▬▬▬▬▬▬▬▬▬▬▬, Ruston, Louisiana, 71270. THIBODEAUX identifies himself in several voicemails by first name and states that he lives in Ruston, Louisiana with ▬▬▬▬ as set forth below.

5.  On October 12, 2021 at approximately 7:51am EDT, THIBODEAUX, using phone number ▬▬▬▬▬, left a voicemail at U.S. Congress Member 1's office which is located in New York City, New York. The voicemail was subsequently reported to the USCP TAS on October 13, 2021 and is transcribed as follows:

    a.  "Just to clarify [U.S. Congress Member 1], your zone of power is the goddess empress of the galaxy of the Milky Way Galaxy. It's Maisie Williams, who is the goddess empress of the earth and J. Law, the goddess empress of the universe. So get it straight and never again threaten in a public statement Facebook with breakup. You're fucking with a friend of mine, Mark Zuckerberg, and nobody fucks with Mark Zuckerberg. Congresswoman, I'll buy an Uzi and gun you down in the streets, [U.S. Congress Member 1]. If you really want to fuck with corporate, we can take it to that level. I'll buy a Walther PPK with a silencer, and you'll never know what

2

hit you, [U.S. Congress Member 1]. You'll never know what hit you. If you want to fuck with my friends in corporate. I engender many corporate sponsors among them Facebook, Microsoft, ExxonMobil, big tobacco, big pharmaceuticals. You name it. JP Morgan, Chase Banks, you name it. Casinos, the powerful casino lobby. But I also lobby with Native American Indians. I also lobby with Blank trans lives matter. I'm just asking you not to judge me, [U.S. Congress Member 1]. You know, I love you bunches, my little Minnie Mouse, little mousey, tiny voice, little, you know."

6. AT&T subscriber records, which were provided by AT&T following an emergency disclosure request for phone number ▓▓▓, identified the current user as ▓▓▓, with a billing address of ▓▓▓, Ruston, Louisiana, 71270, and a work number of ▓▓▓.

7. Records provided by AT&T, also provided as a result of the emergency disclosure request, show multiple outgoing calls from the phone number ▓▓▓ to the New York office for U.S. Congress Member 1.

8. On October 13, 2021 Special Agent Wilson called phone number ▓▓▓ and spoke to ▓▓▓. He stated that he is the owner of the account for phone number ▓▓▓ and that ▓▓▓ is his daughter and the current user of the phone registered to that phone number.

3

9. ▓▓▓▓▓ then called his daughter ▓▓▓▓▓ who admitted that she was currently living with a male, later identified as THIBODEAUX. ▓▓▓▓▓ placed the phone on speaker and THIBODEAUX admitted to using ▓▓▓▓▓'s phone to call a congressional office.

10. Following the phone conversation with ▓▓▓▓▓, ▓▓▓▓▓ called Special Agent Wilson and provided the contents of the conversation. Special Agent Wilson played a portion of the threatening voicemail for ▓▓▓▓▓. ▓▓▓▓▓ stated that the voice sounded the same as the male with whom he spoke when he called ▓▓▓▓▓.

11. ▓▓▓▓▓ stated that his daughter is currently living at ▓▓▓▓▓ ▓▓▓▓▓, Ruston, Louisiana, 71270.

12. Law enforcement database searches revealed that the current address for ▓▓▓▓▓ ▓▓▓▓▓ is ▓▓▓▓▓ Ruston, Louisiana, 71270.

13. Based on a review of telephonic records provided by AT&T, also provided as a result of the emergency disclosure request, law enforcement determined that the phone registered to phone number ▓▓▓▓▓, believed to be operated by THIBODEAUX, was located in an area consistent with ▓▓▓▓▓ Louisiana, 71270 on October 12, 2021 at approximately 7:51am EDT at the time the threatening call was made to U.S. Congress Member 1's office.

14. Review of USCP records revealed an incident in June of 2021 in which the office for U.S. Congress Member 1 reported four voicemails from phone number ▮▮▮▮▮ In one of the voicemails, the caller identifies himself as "Chase Levi Thibodeaux". Law Enforcement database checks revealed the current subscriber for phone number ▮▮▮▮▮ as THIBODEAUX. The voice heard in the voicemails reported at this time matches the voice heard in the threatening voicemail documented above.

15. Since reporting the threatening voicemail on October 13, 2021, staff for U.S. Congress Member 1 has provided over 100 voicemails from phone number ▮▮▮▮▮ which were left with the office in September and October of 2021. In multiple voicemails, THIBODEAUX identifies himself as "Chase". In one message, THIBODEAUX identifies himself as "Chase" and states that he is living with ▮▮▮▮▮ in Ruston, Louisiana. In two voicemails, THIBODEAUX admits to leaving the threatening message.

## CONCLUSION

16. Based on my training and experience, probable cause exists that THIBODEAUX communicated threats to kill U.S. Congress Member 1 in violation of 18 U.S.C. § 115(a)(1)(B). I respectfully request that an arrest warrant be issued.

## REQUEST FOR SEALING

17. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These

documents discuss an ongoing criminal investigation that is neither public nor known to the target of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may give the target an opportunity to flee/continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or otherwise seriously jeopardize the investigation.

Respectfully submitted,

Sean Wilson
Special Agent
United States Capitol Police

Sworn to before me and signed in my presence and/or by reliable electronic means.:

Hon. Kayla D. McClusky
United States Magistrate Judge

6

## ATTACHMENT A

*Person to be arrested*

Chase Levi Thibodeaux is a white male, approximately 6'00" in height and approximately 195 lbs in weight, who was born in 1982, and has blue eyes and brown hair.

